## Peter Mayhew v. Thomas Snell.

*Justice's judgment: Transcript: Motion to vacate: Collateral attack: Plaintiff's attorney: Proof of authority.* A motion to vacate a judgment docketed in the circuit upon a transcript filed therein of a justice's judgment, is a collateral attack; and the validity of the justice's judgment is not assailable in that way for want of proof of authority of the plaintiff's attorney, as required by the statute (*Comp. L. 1871,* § *5305*), on failure of defendant to appear.

*Heard and decided January 7.*

*Certiorari* to Huron Circuit.

This writ was sued out to review the action of the court below in declining on motion to vacate a judgment docketed in the circuit upon a transcript filed therein of a justice's

judgment.    The grounds of the motion were, (1) that the affidavit for the transcript was not signed; and (2) that the justice's judgment was void for want of proof of authority of the plaintiff's attorney, the defendant having failed to appear.—See *Comp. L. 1871,* § *5305.*

*George S. Engle* and *Hoyt Post,* for plaintiff in *certiorari.*

*Richard Winsor* and *H. B. Carpenter,* for defendant in *certiorari.*

THE COURT held that to review the validity of the justice's judgment on this writ would be to assail it collaterally, and that it is not open to collateral-attack for such defects. —See *Reed v. Gage, supra, p. 179.*

Writ quashed.